

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00336-CV

IN THE INTEREST OF Z.I., A CHILD

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-95979J-12

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 30, 2014, we notified appellants that their briefs had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellants' briefs have not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:   MEIER, WALKER, and MCCOY, JJ.

DELIVERED:  June 26, 2014